**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | |
|---|---|
| JACOB LABBE, </br></br> PLAINTIFF </br></br> v. </br></br> ANDROSCOGGIN COUNTY JAIL, </br> ET AL., </br></br> DEFENDANTS | CIVIL NO. 2:17-CV-290-DBH |

**ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

On May 7, 2018, the defendants filed their Motion for Summary Judgment (ECF No. 51), accompanied by a Statement of Material Facts (ECF No. 52) and supporting affidavits and exhibits. The plaintiff has not responded. Under the rules governing summary judgment, I therefore treat the facts as undisputed. Fed. R. Civ. P. 56(e)(2); Local Rule 56(f). Based upon those undisputed facts, I conclude that the defendants are entitled to summary judgment, see Fed. R. Civ. P. 56(e)(3), for the reasons they have stated in their memorandum of law (ECF No. 51).

The motion for summary judgment is therefore **GRANTED**. This **MOOTS** the plaintiff's Motion to Compel (ECF No. 44).

**SO ORDERED.**

**DATED THIS 19TH DAY OF JUNE, 2018**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**